FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

FEB 1 2006

LUTHER D. THOMAS, Clerk
By: /s/
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| EDWARD JERMAINE DAVIS,<br>Inmate # GDC 1165381,<br>    Plaintiff,<br><br>v.<br><br>UNKNOWN,<br>    Defendant. | ::<br>::<br>::<br>::<br>::<br>::<br>::<br>::<br>:: | CIVIL ACTION NO.<br>1:06-CV-0103-TWT<br><br><br><br>LETTER-COMPLAINT |

## ORDER AND OPINION

Mr. Davis has addressed a one-page letter [Doc. 1] to whom it may concern, stating that he received a sentence of 19 years' imprisonment for aggravated sodomy after entering a plea of guilty in state court, ostensibly in Candler County, Georgia, which this Court notes is not located within its jurisdiction. Mr. Davis states that he feels his sentence is too long for a first offender like himself and that he would like to "get back into court for a sentence reduction." [Id.]

It does not appear that Mr. Davis has stated a claim for relief or even that he has attempted to do so. Rather, he seeks advice about how to proceed in state court to have his sentence reduced. The federal courts do not offer such advice. See Preiser v. Newkirk, 422 U.S. 395, 401 (1975).

AO 72A
(Rev.8/82)

Accordingly, the instant Civil Action [Doc. 1] is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED** this 1 day of February, 2006.

*/s/ Thomas W. Thrash*
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)